# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**KIM M. BORRELLI, et al.,**

      **Plaintiffs,**

**v.**                                    **Case No:  6:11-cv-1453-Orl-22DAB**

**DAYTONA BEACH KENNEL CLUB, INC.,**

      **Defendant.**

## ORDER

This cause is before the Court on the Joint Motion for Approval of Settlement (Doc. No. 52) filed on October 29, 2012.

The United States Magistrate Judge has submitted a report recommending that the Motion be GRANTED.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation.

Therefore, it is **ORDERED** as follows:

1. The Report and Recommendation filed December 19, 2012 (Doc. No. 55), is ADOPTED and CONFIRMED and made a part of this Order.

2. The Joint Motion for Approval of Settlement is hereby GRANTED.

3. This case is DISMISSED WITH PREJUDICE.

4. The Clerk is directed to CLOSE the file.

- 2 -

**DONE** and **ORDERED** in Orlando, Florida on January 3, 2013.

_____
ANNE C. CONWAY
United States District Judge

Copies furnished to:

Counsel of Record